ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: July 3, 2008
START: 12:00 p.m.
END: 12:20pm

DOCKET NO: 07-CV-5012 (RJD)

CASE: Adeva v. Intertek USA Inc., et al.

___ INITIAL CONFERENCE
✓ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
✓ TELEPHONE CONFERENCE — recorded

FOR PLAINTIFF: Andrew Frisch

FOR DEFENDANT: Peter Hughes

FACT DISCOVERY TO BE COMPLETED BY 9/18/08

___ NEXT ___ CONFERENCE SCHEDULED FOR 9/26/08 at 2:00pm

___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

For the reasons stated on the record, the Court denies plaintiffs' request to stay discovery. The Court does, on consent, extend fact discovery by two months, until 9/18/08. The July 28th settlement conference is adjourned to 9/26/08 at 2:00 p.m.