UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

WENCILIO ADEVA, individually and
on behalf of all other persons similarly situated,

Plaintiffs,

-against-                                    CV-07-05012-RJD-RLMDEARIE/MANN

INTERTEK USA INC. f/k/a CALEB BRETT USA INC.
and INTERTEK CALEB BRETT, INC.

a foreign corporation,

Defendant.

------------------------------------------------------------------X

**<u>NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN
OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE</u>**

Plaintiff hereby gives notice of filing the attached Supplemental Authority in Opposition to Defendant's Motion to Transfer Venue.

Respectfully submitted this <u>21st</u> day of August, 2008.

<u>/s ANDREW FRISCH</u>
**ANDREW FRISCH**
EDNY Bar No.: AF5709
Counsel for Plaintiffs
**MORGAN & MORGAN, P.A.**
7450 Griffin Road, Suite 230
Fort Lauderdale, Fl 33314
Tel: 954-318-0268
Fax: 954-333-3515
**E-Mail: <u>Afrisch@forthepeople.com</u>**

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this <u>21st</u> day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

<u>/s ANDREW FRISCH</u>
**ANDREW FRISCH**